UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS - 6

| | | | |
|---|---|---|---|
| Case No. | EDCV 12-02235-JGB (SPx) | Date | April 18, 2013 |
| Title | Juana Myers V. National Attorney Collection Services Inc. | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

Not Present                                             Not Present

**Proceedings:**    (IN CHAMBERS)  ORDER DISMISSING CASE

On April 17, 2013, the court received Plaintiff's Notice of voluntary dismissal.  Accordingly, this case is hereby dismissed with prejudice.

JS - 6

IT IS SO ORDERED.